FILED IN
1ST COURT OF APPEALS
HOUSTON TEXAS

FEB 23 2015

CHRISTOPHER A. PRINE
CLERK

Return to:
First Court of Appeals
301 Fannin Street
Houston, Texas 77002

## Case Number
## 01-14-00156-CR

| | | |
|---|---|---|
| Javier Galindo Pacheco | § | COURT OF APPEALS |
| | § | 1ST DISTRICT |
| The State of Texas | § | HOUSTON, TEXAS |

### Pro se Motion for Access to Appellate Record

To the Honorable Justices of Said Court:

Appellant's appointed counsel has filed a brief in the above styled and numbered cause pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Appellant now moves this Court to provide him with a copy of the appellate record including the clerk's record and the court reporter's record for use in preparing his pro se response to counsel's brief.

Appellant requests an extension of time of 30 days from the granting of this motion to file a pro se response to counsel's *Anders* brief.

Respectfully submitted,

*Javier Galindo Pacheco*
Pro se Appellant
James V Allred Unit, TDCJ # 1909939
Iowa Park, Texas 76367-6568

### Certificate of Service

This is to certify that on 2-19-2015 (Date), a true and correct copy of the above and foregoing document was served by mail on:

Harris County District Attorney's Office, 1201 Franklin, Suite 600, Houston, TX 77002

*Javier Pacheco*
Pro se Appellant

## 18 de febrero 2015

Sres. delacorte de apelación, dejenme aserles,
Saber una vez mas, que yo no hablo. ni leo. ni entiendo nada de
ingles. asi es que, como padran ver cualquier docomento.
que me mostrara el Lisenciado Salinas para mi hasia de cuenta
que no me enseñaba nada porque no entendia nada. nada mas
me deje llebar por sus sucias mentiras que me dijo. que si me-
pongo adecirles todas las artimañas sucias que uso nesecitaria
yo cinco hojas de estas para explicales todas las mentiras que uso.
ustedes nonadamas deben revisar Los errores Legales que cometen
Las cortes menores, sino que todo tipo de error cometidos portodos
ellos. porque medijo el SR. Salinas cuando tenia yo 2 delitos uno agra-
bado y otro menor. aste colpable del delito menor porque asiendote col-
pable de este delito la juez teba aber inosente y tebas air con tiempo
Servido. tu as me caso ami yosoy tu abogado y eso eslo que te conbine.
eso le parece a ustedes que es Justicia amenos que sea una Justi-
cia Siega porque loque estan cometiendo conmigo es una verdadera
Injusticia y no nadamas conmigo. Sino tambien ami mujer y mis hijos.
haora ya saben ustedes un poquito decomo fueron las cosas, y a nada mas,
me falta escribirle ala corte mas alta del estado. corte criminal de Justicia
y con ellos si me boy atener que gastar 5, 0, 6 hojas para explicarles.
todo como an ido pasando las cosas punto por punto.
Sres, dela corte porelmomento sin mas que decir Les pido
por fabor que consideren lo antes dicho, y que el unico. Dios
Sabio. Les de el entendimiento paraque agan unbuen trabajo.
　　　Muy Respetuosamente. javier pacheco Galindo.

Javier Pacheco Galindo
#1909939
Allred onit
2101 FM 369 north
Iowa Park, TX 76367-5638

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

FEB 23 2015

CHRISTOPHER A. PRINE
CLERK

Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

NORTH TEXAS TX PSDC
DALLAS TX 750
20 FEB 2015 PM 10 L

FOREVER
USA